**UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO**

ERIC D. AYERS,

    Plaintiff,

vs.                                                                                        Civ. No. 18-1015 MV/GJF

MAXWELL H. PINES, et al.,

    Defendants.

## **ORDER TO CURE DEFICIENCY**

Plaintiff submitted a "Financial Affidavit, Application to Proceed *In Forma Pauperis* and Order (28 U.S.C. § 1915)" ("Motion") on November 1, 2018. ECF No. 2. The Court determines that Plaintiff's Motion is missing the required **certified copy of Plaintiff's inmate account statement** for the six-month period immediately preceding this filing. This requirement is set forth in 28 U.S.C. § 1915(a)(2):

> A prisoner seeking to bring a civil action . . . shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint.

Plaintiff has not submitted the certified inmate account statement as required by 28 U.S.C. § 1915(a)(2). Failure to cure the designated deficiency within thirty (30) days from entry of this Order may result in dismissal of this action without further notice.

**IT IS THEREFORE ORDERED** that Plaintiff cure the designated deficiency by submitting the required certified copy of Plaintiff's inmate account statement for the 6-month period immediately preceding this filing within thirty (30) days from the date of this Order.

**IT IS SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE